# Order

Michigan Supreme Court
Lansing, Michigan

October 25, 2006

Clifford W. Taylor,
Chief Justice

130921

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE BROWN

_____

KATINA BROWN, ROBERT PUMFREY,
and ELIZABETH MIKLOSOVIC, on behalf of
themselves and all others similarly situated,
       Plaintiffs-Appellants,

and

WILLIAM JAMES,
       Plaintiff,

v

KENT CIRCUIT COURT JUDGE,
       Defendant-Appellee.

SC: 130921
COA: 267648

_____/

On order of the Court, the application for leave to appeal the January 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for reconsideration in light of its decision in *People v William Fitzgerald James*, __ Mich App __ (2006) (No. 266521).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

s1018